**Hiram BAILEY, Movant, v. COMMON-WEALTH of Kentucky, Opposed.**

Court of Appeals of Kentucky.
Oct. 19, 1951.

Francis M. Burke, J. Ervine Sanders and Dale Burke, all of Pikeville, for movant.

A. E. Funk, Atty. Gen., Wm. F. Simpson, Asst. Atty. Gen., opposed.

PER CURIAM.

Motion for an appeal from the Pike Circuit Court. Judgment of conviction for possessing liquor for sale in local option territory and imposing sentence of $100 fine and 60 days in jail.

Appeal denied. Judgment affirmed.

**Arch SPAW, Movant, v. COMMONWEALTH of Kentucky, Opposed.**

Court of Appeals of Kentucky.
Oct. 19, 1951.

Robert D. Jones, Somerset, for movant.

A. E. Funk, Atty. Gen., Wm. F. Simpson, Asst. Atty. Gen., opposed.

PER CURIAM.

Appeal denied.

Judgment affirmed.